UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************

JOLEAN CAPPARELLO

                Plaintiff,

      v.

MARTIN O'MALLEY
COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
*****************************

Civil Action No. 24-0378

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, the opportunity for a hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this  20  day of  June , 2024;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
Magistrate Daniel J. Stewart

United States District Court

The undersigned hereby consent to the form and entry of the within order.

                CARLA B. FREEDMAN
                United States Attorney

By:    /s Kristina Cohn
       Kristina Cohn
       Special Assistant United States Attorney
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       Phone: 212-264-2179
       Email: kristina.cohn@ssa.gov

AVARD LAW

        /s Craig Polhemus
By:  Craig Polhemus
     Attorney for Plaintiff
     Avard Law
     PO Box 101110
     Cape Coral, FL 33910
     Phone: 239-945-0808
     Email: cpolhemus@avardlaw.com