UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOLEAN CAPPARELLO,

                               Plaintiff,

  -v-                                                                             24-cv-0378

MARTIN O'MALLEY,
Commissioner of Social Security,

                               Defendant.

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Kristina Danielle Cohn, Special Assistant United States Attorney, for Carla Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, Martin O'Malley, Commissioner of Social Security, and Craig Polhemus, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$1,205.99,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount $405.00 to be paid from the Judgment Fund.

DATED:   September 5, 2024

                      DAMIAN WILLIAMS
                      United States Attorney
                      Southern District of New York

BY:   */s/ Kristina Danielle Cohn*
       Kristina Danielle Cohn
       Special Assistant United States Attorney
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       Phone:   212-264-2179
       Email: kristina.cohn@ssa.gov

BY:   */s/ Craig Polhemus*
       Craig Polhemus, Esq.
       Avard Law
       PO Box 101110
       Cape Coral, FL 33910
       239-945-0808
       Email: cpolhemus@avardlaw.com

**SO ORDERED:**

_____
**HONORABLE DANIEL J. STEWART**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 5, 2024